■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN E. VAN NORSTRAND, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. (Appeal No. 2.) [916 NYS2d 535]—Appeal from an order of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered October 19, 2009 in a proceeding pursuant to CPLR article 70. The order denied the motion of petitioner for a stay and reconsideration.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see People ex rel. Hinton v Graham*, 66 AD3d 1402, 1403 [2009], *lv denied* 13 NY3d 934 [2010], *rearg denied* 14 NY3d 795 [2010]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.